UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christine Ricker,

Plaintiff,

v.

Health Partners of Western Ohio, et al.,

Defendants.

Case No. 3:26-cv-1429

ORDER

Defendants filed an answer to the Complaint on August 5, 2026, (Doc. No. 5), and then filed a Rule 12(c) motion for judgment on the pleadings on September 4, 2026, alleging Plaintiff's Complaint does not survive Rule 12(b)(6) scrutiny. (Doc. No. 10). On September 11, 2026, Plaintiff filed a motion for leave to file a First Amended Complaint. (Doc. No. 11).

"A party may amend its pleading once as a matter of course no later than ... 21 days after service of a motion under Rule 12(b), (e), or (f)." Fed. R. Civ. P. 15(a)(1)(B). After this time, "a party may amend its pleading only with the opposing party's written consent or the court's leave," which "[t]he court should freely give . . . when justice so requires." Fed. R. Civ. P. 15(a)(2).

Unfortunately, Plaintiff's motion does not indicate whether Plaintiff sought Defendants' written consent prior to seeking leave to amend. Nevertheless, I grant Plaintiff's motion for leave without further analysis because doing so not only conserves judicial resources but also advances the purposes of Rule 15(a)(1)(B) and 15(a)(2). (Doc. No. 11). In turn, I deny as moot Defendants' motion for judgment on the pleadings. (Doc. No. 10).

Plaintiff shall file her First Amended Complaint on or before September 23, 2026. Within thirty (30) days of the filing of the First Amended Complaint, Defendants shall file their response.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge